IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE SHIFFLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-4373 |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI[1], | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 4th day of November, 2022, following upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 16), Defendant's Response to Request for Review (Doc. 19), and Plaintiff's Reply Brief (Doc. 22) and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **DENIED** and the final decision of the Commissioner denying disability benefits is **AFFIRMED**.

The Clerk of Court is to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, therefore, she should be substituted for Andrew Saul as Defendant in this suit. *See also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").